UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                              22-CR-386 APM

NICOLE ENFIELD

DEFENDANT ENFIELD'S MEMORANDUM IN AID OF SENTENCE

On November 2, 2022 Nicole Enfield exercised her First Amendment Right to Free Speech in the United States Supreme Court. She spoke out to support her belief that a woman has a right to private reproductive decisions. She intended her action to encourage American women to vote. She believed the recent decision of the Supreme Court overturning Roe v. Wade required her action.

Ms. Enfield is a forty four year old businesswoman. She has never before been charged with a criminal offense. Her decision to participate in civil disobedience, by disturbing the peace at the Supreme Court was a call to action for American women to vote in the upcoming election. She immediately, peacefully and respectfully surrendered to law enforcement. She notified counsel and the Government of her intention to accept responsibility for her civil action and to enter an early plea.

She stands before you today and requests the Court consider a sentence of Time Served. She will honor Stay Away Order from the Supreme Court. Should the Court Order a Sentence of Probation she requests a

condition of Community Service, with  Probation Terminating at the Completion of all Community Service hours.

Ms. Enfield participated in this act of Civil Disobedience knowing she would likely face arrest.  She assumed, incorrectly, she would be issued a citation and be released. Instead, she was held in cells for over thirty hours and moved to four different jails.  She was shackled and handcuffed and had no food, or water nor a bed.  The imprisonment, humiliation and deprivation she suffered for speaking a single sentence in a peaceful protest at the Supreme Court, is sufficient punishment to accomplish the goals of Sentencing.

Nicole Enfield grew up in Fargo, North Dakota and the lake region of Minnesota. As a young gurl she learned to use her words and her voice in defense of marginalized people who were too cowed or were otherwise unable to speak in their own defense. She graduated from Fargo South High School in 1997. She attended the University of Minnesota, Twin Cities, where she studied pre-med and physiology.  During her senior year she became  active in environmental justice and LGBTQIA+ rights. She knocked on doors to educate community members and to raise money in support of human rights. This led to greater political engagement as she was recruited to be a field manager in the Gubernatorial election. That began a decade long career as an organizer on Democratic political campaigns at the local, state and federal levels.

In 2012 she returned to school and  her initial career goal as a health care provider.  She  is a licensed Massage Therapist and practitioner of Bodily Structural Integration.  She works with doctors and physical therapists to promote best health practices and to help her clients regain their lives.

She teaches her clients how best to relieve chronic pain in order to restore them to happier and more productive lives.  She lives in Alexandria, Virginia, with her partner and four cats.

    Nicole accepts responsibility for her conduct.  Should the Court grant the request of the Government for a Stay Away Order, we ask the Court when setting a time period, to consider that she has been under a Stay Away Order since November 3, 2022.  She has been in full compliance with the Stay Away Order and with all Release Conditions Ordered by the Court.

                      Respectfully submitted,

                        _____/s/_____
                        H. Heather Shaner,  D.C. Bar 273276
                        Appointed by the Court for
                        Nicole Enfield
                        1702 S.  St.  N.W.
                        Washington, D.C. 20009
                        202 265 8210
                        hhsesq@aol.com